**Iris Tilley,** OSB No. 101991
itilley@barran.com
**Tyler J. Volm,** OSB No. 084994
tvolm@barran.com
Barran Liebman LLP
601 SW Second Avenue
Suite 2300
Portland, Oregon 97204-3159
Telephone: (503) 228-0500
Facsimile No.: (503) 274-1212
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Portland

| | |
|---|---|
| SELECT TIMBER PRODUCTS LLC, FINISH INNOVATIONS LLC, BRET MORGAN, MATHEW MORGAN, AND JASON K. SCARLETT,<br><br>Plaintiffs,<br><br>v.<br><br>STEVE F. RESCH, JR, TIMOTHY CONYARD, AND CEDAR DIRECT MINNESOTA LLC,<br><br>Defendants. | CV. 3:17-cv-541<br><br>**CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Select Timber Products LLC makes the following disclosures related to its corporate identity:

///

///

///

Page 1 – CORPORATE DISCLOSURE STATEMENT

Plaintiff Select Timber Products LLC has no parent corporation, and no publicly held corporation owns 10% or more of their stock.

DATED this 5th day of March, 2017.

BARRAN LIEBMAN LLP

By *s/Tyler J. Volm*
Iris K. Tilley, OSB No. 101991
itilley@barran.com
Tyler J. Volm, OSB No. 084994
tvolm@barran.com
Attorneys for Plaintiffs

Page 2 – CORPORATE DISCLOSURE STATEMENT