**Iris Tilley,** OSB No. 101991
itilley@barran.com
**Tyler J. Volm,** OSB No. 084994
tvolm@barran.com
Barran Liebman LLP
601 SW Second Avenue
Suite 2300
Portland, Oregon  97204-3159
Telephone: (503) 228-0500
Facsimile No.: (503) 274-1212
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Portland Division

| | |
|---|---|
| SELECT TIMBER PRODUCTS LLC, FINISH INNOVATIONS LLC, BRET MORGAN, MATHEW MORGAN, AND JASON K. SCARLETT, | CV. 3:17-cv-541 |
| Plaintiffs, | DECLARATION OF SPENCER HARDY IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION |
| v. | |
| STEVE F. RESCH, JR., TIMOTHY CONYARD, AND CEDAR DIRECT MINNESOTA LLC, | |
| Defendants. | |

I, Spencer Hardy, do hereby declare as follows:

1.    I was hired as an employee of Select Timber Products LLP ("STP") in 2015.

//

PAGE 1 - DECLARATION OF SPENCER HARDY IN SUPPORT OF MOTION FOR
TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

2.      Amongst other people, I worked with Steve Resch, an owner of STP, as well as Dwayne Orr, Jessie Smith, and Tyler Smith who were other employees of STP.

3.      After I began working at STP, on or about July 17, 2015, I signed a non-disclosure agreement that, among other things, required that I maintain the confidentiality of the process that STP and Finish Innovations LLC use to create distressed and aged-looking wood products. A copy of that non-disclosure agreement is attached hereto as Exhibit A.

4.      Customers are occasionally allowed into the production facility. When they are around, certain portions of the production process, including the wood burning machine, are typically shut off. The general public is excluded from the production facility.

5.      In 2016, Steve Resch approached me and asked me to fly to Minnesota to show a company there called Cedar Direct Minnesota LLC how to make distressed and aged-looking wood using the process that STP employed.

6.      I initially declined the offer from Steve Resch, but Mr. Resch persisted by calling me multiple times, and I also received similar calls from Mark Urby. I then agreed to fly to Minnesota to show Cedar Direct Minnesota LLC, owned by Timothy "Tim" Conyard, how to make distressed and aged-looking wood using the processes employed by STP to create its product, which included particular colors and textures that STP developed for its product.

7.      As part of this process, we used a wood burning machine similar to the one that STP uses. I understand that Steve Resch asked Dwayne Orr to build that wood burning machine.

8.      I was paid $10,000 for teaching the Cedar Direct Minnesota LLC and Tim Conyard this process. I also had the cost of my flight and hotel paid for.

PAGE 2 - DECLARATION OF SPENCER HARDY IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

BARRAN LIEBMAN LLP
601 SW SECOND AVENUE, SUITE 2300
PORTLAND, OR  97204-3159
PHONE (503) 228-0500  FAX (503) 274-1212

9.      I also understand that Tim Conyard sent an agent to the STP facility to see whether the agent could infiltrate the facility and learn about STP's process for creating distressed and aged-looking wood products.

**I hereby declare that the above statements are true to the best of my knowledge and belief, and that I understand this Declaration is made for use as evidence in court and is subject to penalty of perjury.**

Executed on ____4/14____, 2017

_____
Spencer Hardy

PAGE 3 - DECLARATION OF SPENCER HARDY IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

00640344.1

**BARRAN LIEBMAN** LLP
601 SW SECOND AVENUE, SUITE 2300
PORTLAND, OR 97204-3159
PHONE (503) 228-0500   FAX (503) 274-1212