AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | |
|---|---|
| SELECT TIMBER PRODUCTS LLC, FINISH INNOVATIONS LLC, BRET MORGAN, MATHEW MORGAN, AND JASON K. SCARLETT <br><br> *Plaintiff(s)* <br><br> v. <br><br> STEVE F. RESCH, JR., TIMOTHY CONYARD, AND CEDAR DIRECT MINNESOTA LLC <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  3:17-cv-541 -HZ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Cedar Direct Minnesota LLC
c/o Timothy Conyard
1405 Valley View Rd.
Chaska, MN  55318

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Iris Tilley
Tyler J. Volm
Barran Liebman LLP
601 SW 2nd Avenue, Ste. 2300
Portland, OR  97204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

**MARY L. MORAN, Clerk of Court**

Date: **04/06/2017**                 By: **s/Elizabeth Potter, Deputy Clerk**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | |
|---|---|
| SELECT TIMBER PRODUCTS LLC, FINISH INNOVATIONS LLC, BRET MORGAN, MATHEW MORGAN, AND JASON K. SCARLETT <br> *Plaintiff(s)* <br> v. <br> STEVE F. RESCH, JR., TIMOTHY CONYARD, AND CEDAR DIRECT MINNESOTA LLC <br><br> *Defendant(s)* | Civil Action No. 3:17-cv-541 -HZ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Timothy Conyard
Cedar Direct Minnesota LLC
1405 Valley View Rd.
Chaska, MN 55318

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Iris Tilley
Tyler J. Volm
Barran Liebman LLP
601 SW 2nd Avenue, Ste. 2300
Portland, OR 97204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: **04/06/2017**

**MARY L. MORAN, Clerk of Court**

By: **s/Elizabeth Potter, Deputy Clerk**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| SELECT TIMBER PRODUCTS LLC, FINISH INNOVATIONS LLC, BRET MORGAN, MATHEW MORGAN, AND JASON K. SCARLETT <br> *Plaintiff(s)* <br> v. <br> STEVE F. RESCH, JR., TIMOTHY CONYARD, AND CEDAR DIRECT MINNESOTA LLC <br> *Defendant(s)* | Civil Action No. 3:17-cv-541 -HZ |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Steve F. Resch, Jr.
29296 SW Heater Rd.
Sherwood, OR 97140

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Iris Tilley
Tyler J. Volm
Barran Liebman LLP
601 SW 2nd Avenue, Ste. 2300
Portland, OR 97204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

MARY L. MORAN, Clerk of Court

By: s/Elizabeth Potter, Deputy Clerk

Date: **04/06/2017**