UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SELECT TIMBER PRODUCTS LLC, et al.,

        Plaintiff,

vs.

STEVE F. RESCH, JR., et al.,

        Defendant.

Case No. **3:17-CV-541**

AFFIDAVIT OF SERVICE

STATE OF OREGON
County of Multnomah      ss.

I, Mitch Wirth, being first duly sworn, depose and say that I am a competent person 18 years of age or older, a resident of the State of Oregon and that I am not a party to nor an attorney for any party in the within named action; that I made service of a true copy of:

*Summons and Complaint; Exhibits A-C; Corporate Disclosure Statement; Motion for Temporary Restraining Order and Preliminary Injunction; Declaration of Tommy Leisman in Support of Motion for Temporary Restraining Order and Preliminary Injunction; Declaration of Dwayne Orr in Support of Motion for Temporary Restraining Order and Preliminary Injunction; Declaration of Tyler Smith in Support of Motion for Temporary Restraining Order and Preliminary Injunction; Declaration of Spencer Hardy in Support of Motion for Temporary Restraining Order and Preliminary Injunction; Exhibit A; Declaration of Brett Morgan in Support of Motion for Temporary Restraining Order and Preliminary Injunction; Exhibit A-C; [Proposed] Temporary Restraining Order and Preliminary Injunction*

By delivering the aforementioned documents to **STEVE F. RESCH, JR.**, personally and in person, at 29296 SW Heater Road, Sherwood, OR 97140 on April 09, 2017 at 8:23 PM.

I declare under the penalty of perjury that the above statement is true and correct.

x 
Mitch Wirth
Nationwide Process Service, Inc.
1201 S.W. 12th Avenue, Suite 300
Portland, OR 97205
503-241-0636

SUBSCRIBED AND SWORN BEFORE ME this 11th day of April, 2017 by Mitch Wirth.

_____
Notary Public



OFFICIAL STAMP
AARON JONATHAN CROWE
NOTARY PUBLIC-OREGON
COMMISSION NO. 960899
MY COMMISSION EXPIRES APRIL 02, 2021

*331161*