UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| SELECT TIMBER PRODUCTS LLC; FINISH INNOVATIONS LLC; BRET MORGAN; MATHEW MORGAN; AND JASON K. SCARLETT,<br><br>     Plaintiffs,<br>v.<br><br>STEVE F. RESCH, JR.; TIMOTHY CONYARD; AND CEDAR DIRECT MINNESOTA LLC,<br><br>     Defendants. | Case No. 3:17-cv-00541-HZ<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT AND MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**<br><br>**(April 26, 2017)** |

### CERTIFICATE OF CONFERRAL

Counsel for defendant Steve F. Resch, Jr. ("Resch") has conferred with counsel for Plaintiff concerning this motion and counsel for Plaintiff has indicated Plaintiff has no opposition to the motion.

### MOTION

Defendant Steve F. Resch, Jr. moves the court for an Order granting an extension of time as follows:

Page 1 – **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT AND MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

S<small>LINDE</small> N<small>ELSON</small> S<small>TANFORD</small>
111 SW Fifth Avenue, Suite 1940
Portland, OR 97204
P: 503-417-7777  F: 503-417-4250

1. An extension of thirty (30) days from April 26, 2017 up to and including May 26, 2017 in which to file a Response to Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (Dkt. #4); and

2. An extension of 25 days from May 1, 2017 up to and including May 26, 2017 in which to file an Answer or responsive pleading to Plaintiff's Complaint (Dkt. #1) in the above-captioned matter.

This Motion is made in good faith and not for the purpose of delay.  Further, this Motion is based on the Declaration of Philip J. Nelson filed herewith.

Dated this 26th day of April, 2017.

SLINDE NELSON STANFORD

By: _/ s / Philip J. Nelson_
Philip J. Nelson, OSB #013650
Keith A. Pitt, OSB #973725
*Of Attorneys for Defendant Steve F. Resch, Jr.*

Page 2 – **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT AND MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

**SLINDE NELSON STANFORD**
111 SW Fifth Avenue, Suite 1940
Portland, OR 97204
P:  503-417-7777  F: 503-417-4250

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT AND MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** on:

> Iris Tilley
> Tyler J. Volm
> Barran Liebman LLP
> 601 SW Second Avenue, Suite 2300
> Portland, OR 97204-3159
> Tele:   503-228-0500
> Fax:    503-274-1212
> Email:  itilley@barran.com
>         tvolm@barran.com
> *Of Attorneys for Plaintiffs*

by the following indicated method(s):

☒   by notice of electronic filing using the CM/ECF system (LR 100.7(a)(2)).

☐   by **faxing** full, true, and correct copies thereof to said attorney to the fax number noted above, which is the last-known fax number for said attorney, on the date set forth below.

☐   by **emailing** full, true, and correct copies thereof to said attorney to the email address noted above, which is the last known email address for said attorney, on the date set forth below.

☐   by causing full, true and correct copies thereof to be **mailed** to the attorney(s) at the attorney(s) last-known office address(es) listed above on the date set forth below.

Dated this 26th day of April, 2017.

SLINDE NELSON STANFORD

By:   */ s /  Philip J. Nelson*
      Philip J. Nelson, OSB #013650
      Keith Pitt, OSB #973725
      *Of Attorneys for Defendant Steve F. Resch, Jr.*