UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| SELECT TIMBER PRODUCTS LLC, FINISH INNOVATIONS LLC, BRET MORGAN, MATHEW MORGAN, AND JASON K. SCARLETT, <br><br> Plaintiffs, <br><br> v. <br><br> TIMOTHY CONYARD, AND CEDAR DIRECT MINNESOTA LLC, <br><br> Defendants, <br>_____<br> TIMOTHY CONYARD and CEDAR DIRECT MINNESOTA LLC, <br><br> Cross-Plaintiffs, <br><br> v. <br><br> STEVE F. RESCH, JR., DWAYNE ORR and SPENCER HARDY, <br><br> Cross-Defendants. | Case No. 3:17-cv-541-HZ <br><br> ORDER GRANTING STIPULATED MOTION FOR PRELIMINARY INJUNCTION |

The Stipulated Motion for Preliminary Injunction came before the Court on September 20, 2017. Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiffs' Stipulated Motion for Preliminary Injunction is granted.

2. Defendants are hereby enjoined from the following:

ORDER GRANTING STIPULATED MOTION FOR PRELIMINARY INJUNCTION – 1

(a) Violating the DTSA and OUTSA by misappropriating, possessing, using or disclosing any of Plaintiffs' trade secret information obtained from current or former STP member-managers or employees, such as Steve Resch, Dwayne Orr, or Spencer Hardy.

(b) Assisting others, including CDM employees, in using, disclosing, disseminating, conveying, retaining, copying, obtaining, accessing, and retrieving Plaintiffs' confidential or trade secret information.

(c) Destroying, removing, or concealing any document, whether in hard copy or electronic form, that Steve Resch, Dwayne Orr, or Spencer Hardy obtained from STP and from deleting, destroying, or concealing any software or electronic data obtained from STP.

(d) Spoliating, secreting, altering, destroying or concealing any information obtained from, or originating with, Plaintiffs, including any email sent or received from any STP computer or server.

(e) Disseminating or otherwise illegally using Plaintiffs' confidential and trade secret information to solicit Plaintiffs' customers, or soliciting Steve Resch and current or former employees of STP in violation of STP's Operating Agreement, the Licensing Agreement between STP and Finish Innovations, and valid nondisclosure agreements with STP employees.

3. This Order shall remain in full force and effect for twelve months from the date of this order or until the matter is resolved.

**IT IS SO ORDERED.**

DATED: October 6, 2017

_____
District Judge Marco A. Hernández